1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| WILLIAM SAMUEL SCHMIDT, | CASE NO. C25-5021JLR |
|---|---|
| Petitioner, | ORDER |
| v. | |
| DEAN MASON, | |
| Respondent. | |

Before the court is Petitioner William Samuel Schmidt's motion seeking a copy of Respondent's answer to his petition for habeas corpus and a 14-day extension of time to respond to the answer (Mot. (Dkt. # 14)) and Respondent Dean Mason's opposition thereto (Resp. (Dkt. # 15)). The court finds no reason to doubt Mr. Schmidt's assertion that he did not receive a copy of the answer. Therefore, the court GRANTS Mr. Schmidt's motion and ORDERS as follows:

 1.    The Clerk is DIRECTED to provide Mr. Schmidt a copy of Respondent's Answer (Dkt. # 9);

ORDER - 1

2. Because Mr. Schmidt's response to Respondent's answer may affect Magistrate Judge Theresa L. Fricke's report and recommendation (Dkt. # 13), the court DECLINES TO ADOPT the report and recommendation; and

3. The court REFERS this matter back to Magistrate Judge Fricke for entry of a revised briefing schedule on Mr. Schmidt's petition for habeas corpus.

Dated this 12th day of September, 2025.

JAMES L. ROBART
United States District Judge