UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM SAMUEL SCHMIDT, | CASE NO. C25-5021JLR |
| Petitioner, | MINUTE ORDER |
| v. | |
| DEAN MASON, | |
| Respondent. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is *pro se* Petitioner William Samuel Schmidt's motion for leave to appeal *in forma pauperis* ("IFP"), objection to the court's order dismissing his 28 U.S.C. § 2254 petition for writ of habeas corpus, and notice of appeal.  (Mot. (Dkt. # 25).)  The court, however, denied Mr. Schmidt a certificate of appealability when it adopted the Magistrate Judge's report and recommendation and dismissed Mr. Schmidt's petition.  (12/20/25 Order (Dkt. # 23); *see* R&R (Dkt. # 21) at 7 (discussing

MINUTE ORDER - 1

recommendation to deny a certificate of appealability).)  Therefore, the court DENIES Mr. Schmidt's application to appeal IFP.  *See* Fed. R. App. P. 24(a)(3) (providing that a party who was permitted to proceed IFP in the district court action may appeal IFP unless a statute provides otherwise); 28 U.S.C. § 2253(c)(1)(A) (stating that an appeal may not be taken from a final order in a habeas proceeding unless the court issues a certificate of appealability).

The Clerk is DIRECTED to transmit Mr. Schmidt's notice of appeal (Dkt. # 25) to the Ninth Circuit Court of Appeals.  Mr. Schmidt may move for a certificate of appealability and to proceed IFP in that court.  *See* Fed. R. App. P. 22(b); 9th Cir. R. App. P. 22-1; Fed. R. App. P. 24(a)(5).

Filed and entered this 30th day of January, 2026.

JOSHUA C. LEWIS
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2